UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No.  09-3382

———————

JEFFREY BURNS,
Appellant

v.

SALEM TUBE, INCORPORATED; UNITED STEEL, PAPER AND FORESTRY,
RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE
WORKERS INTERNATIONAL UNION, AFL-CIO-CLC, LOCAL 3713-05

———————

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action No. 2-08-cv-00289)
District Judge: Honorable Terrence F. McVerry

———————

**ORDER AMENDING OPINION**

———————

It appearing that the Clerk made typographical errors in numbering the footnotes, the not precedential opinion filed on May 24, 2010 is hereby amended as follows:

On page 5, delete the number appearing before the footnote and number the footnote as 1;

On page 6, change the footnote number to 2;
On page 7, change the footnote number to 3;
On page 8, change the footnote number to 4;
On page 9, change the footnote number to 5; and
On page 12, change the footnote number to 6.

This amendment does not change the date of filing, May 24, 2010.

For the Court,


/s/ Marcia M. Waldron
Clerk

Dated: June 9, 2010

cc:
        John P. Corcoran, Jr., Esq.
        Richard B. Sandow, Esq.
        Robert B. Cottington, Esq.
        Marie I. Rivera-Johnson, Esq.
        Bruce A. Fickman, Esq.
        Sasha Shapiro, Esq.